(87 South. 567)

## REACH v. RODEN COAL CO. (2 Div. 744.)

(Supreme Court of Alabama. Jan. 21, 1921.)

Appeals from Circuit Court, Bibb County; B. M. Miller, Judge.

Action in unlawful detainer by the Roden Coal Company against J. R. Reach. From judgments for plaintiff, defendant appeals. Affirmed.

Frank S. White & Sons, of Birmingham, for appellant.

Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Carried under this number are 112 appeals, which by agreement of counsel are to be determined by the test case of J. H. Watkins v. Roden Coal Co., ante, p. 367, 87 South. 565.

Affirmed on the authority of Watkins v. Roden Coal Co., ante, p. 367, 87 South. 565.